## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

### CASE NO.:  2:22-cv-00409

RICHARD E LEIGHTON, JR.,

        Plaintiff,

v.

BARTOMEO REALTY INC.,

        Defendant.

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff RICHARD E LEIGHTON, JR. by and through his undersigned counsel, brings this Complaint against Defendant BARTOMEO REALTY INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff RICHARD E LEIGHTON, JR. ("Leighton") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Leighton's original copyrighted Work of authorship.

2.    Leighton is a full-time professional photographer and is the owner of Leighton Photography & Imaging located in the Greater Seattle, Washington area.  He splits his time shooting and specializing in outdoor/beach weddings and portraits in natural settings, and traveling the United States in a concentrated effort to photograph and preserve "the REAL America."  Whether

on location shooting the most extravagant of glamorous beach weddings, wading chest-deep in the swamps of the Florida Everglades or high in the Cascade Mountains in the Pacific NW, Leighton is constantly in pursuit of photographic excellence.  Leighton is an active member of Professional Photographers of America (PPA), the Kent Chamber of Commerce and Leighton is the current vice president of the International Landscape Photographers' Association (ILPA).

3.    Defendant BARTOMEO REALTY INC. ("Bartomeo Realty") is  a real estate brokerage company with the ability to provide drone photography, professional video inside and out, home inspections and home services for qualified buyers and sellers.   At all times relevant herein, Bartomeo Realty owned and operated the internet website located at the URL www.bartomeo.com (the "Website").

4.    Leighton alleges that Bartomeo Realty copied Leighton's copyrighted Work from the internet in order to advertise, market and promote its business activities.  BARTOMEO REALTY committed the violations alleged in connection with Bartomeo Realty's business for purposes of advertising and promoting sales to the public in the course and scope of the Bartomeo Realty's business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    Defendant is subject to personal jurisdiction in Florida.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

9.     Bartomeo Realty Inc. is a Florida Corporation, with its principal place of business at 2706 SE Santa Barbara Pl, Cape Coral, FL 33904, and can be served by serving its Registered Agent, Adam Bartomeo, 2706 SE Santa Barbara Pl, Cape Coral, FL 33904.

**THE COPYRIGHTED WORK AT ISSUE**

10.     In 2011, Leighton published the photograph entitled "Bonita Springs Sunset", which is shown below and referred to herein as the "Work".



11.     Leighton registered the Work with the Register of Copyrights on March 18, 2013 and was assigned the registration number VA 1-433-815.  The Certificate of Registration is attached hereto as Exhibit 1.

12.     Leighton's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13.     At all relevant times Leighton was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14.     Bartomeo Realty has never been licensed to use the Work at issue in this action for any purpose.

15.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Bartomeo Realty copied the Work.

16.     On or about July 16, 2021, Leighton discovered the unauthorized use of his Work on the Website.

17.     Bartomeo Realty copied Leighton's copyrighted Work without Leighton's permission.

18.     After Bartomeo Realty copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its real estate business.

19.     Bartomeo Realty copied and distributed Leighton's copyrighted Work in connection with Bartomeo Realty's business for purposes of advertising

and promoting Bartomeo Realty's business, and in the course and scope of advertising and selling products and services.

20.     Leighton's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21.     Bartomeo Realty committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22.     Leighton never gave Bartomeo Realty permission or authority to copy, distribute or display the Work at issue in this case.

23.     Leighton notified Bartomeo Realty of the allegations set forth herein on September 13, 2021 and October 12, 2021.  To date, Bartomeo Realty has failed to respond to Plaintiff's Notices.

COUNT I<br><strong>COPYRIGHT INFRINGEMENT</strong>

24.     Leighton incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     Leighton owns a valid copyright in the Work at issue in this case.

26.     Leighton registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27.     Bartomeo Realty copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Leighton's authorization in violation of 17 U.S.C. § 501.

<strong>SRIPLAW</strong><br>CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

28.     Bartomeo Realty performed the acts alleged in the course and scope of its business activities.

29.     Bartomeo Realty's acts were willful.

30.     Leighton has been damaged.

31.     The harm caused to Leighton has been irreparable.

WHEREFORE, the Plaintiff Richard E Leighton, Jr. prays for judgment against the Defendant Bartomeo Realty Inc. that:

a.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.      Defendant be required to pay Plaintiff his actual damages and Bartomeo Realty's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.      Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.      Plaintiff be awarded pre- and post-judgment interest; and

e.      Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: July 7, 2022                    Respectfully submitted,

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

/s/ Layla T. Nguyen
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Richard E Leighton, Jr.*